**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Hall C. SMITH, Respondent.**

No. 10979.

United States Court of Appeals
Sixth Circuit.

June 3, 1953.

PER CURIAM.

Whereas, an order having been entered in this cause on the 12th day of February, 1952, affirming the decision of the Tax Court of the United States,

And whereas, upon the granting of a petition for writ of certiorari in the Supreme Court of the United States, an order was entered in that court, 345 U.S. 278, 73 S.Ct. 671, reversing the judgment of the United States Court of Appeals for the Sixth Circuit, 194 F.2d 536, and remanding the case for proceedings in conformity with the opinion of the Supreme Court,

It is ordered, that the decision of the Tax Court of the United States be and it is hereby reversed and the cause is remanded for further proceedings consistent with the mandate and opinion of the Supreme Court of the United States.

PER CURIAM.

Appeal dismissed on motion of appellee, appellant consenting thereto.

**Johnny C. DYER v. UNITED STATES of America.**

No. 4636.

United States Court of Appeals
Tenth Circuit.

March 10, 1953.

No one for appellant.

Robert E. Shelton, U. S. Atty., and Harry G. Foreman, Asst. U. S. Atty., Oklahoma City, Okl., for appellee.

Before PHILLIPS, Chief Judge and BRATTON and PICKETT, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellee, on ground notice of appeal was not filed in time.

**Samuel DE DEION v. UNITED STATES of America.**

No. 4662.

United States Court of Appeals
Tenth Circuit.

May 5, 1953.

Clay Buchanan, Albuquerque, N. M., and Fred R. Walker, Detroit, Mich., for appellant.

Maurice Sanchez, U. S. Atty., and Edward E. Triviz, Asst. U. S. Atty., Albuquerque, N. M., for appellee.

Before PHILLIPS, Chief Judge, and KNOUS, District Judge.

**FARMERS INSURANCE EXCHANGE et al. v. Ray Leon WOFFORD.**

No. 4641.

United States Court of Appeals
Tenth Circuit.

April 3, 1953.

Duke Duvall, Draper Grigsby and Charles. R. Nesbitt, Oklahoma City, Okl., for appellants.

Gus Rinehart, Oklahoma City, Okl., for appellee.

Before PHILLIPS, Chief Judge, and KNOUS, District Judge.